UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE TELLEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>            Defendant. | Case No.  1:22-cv-00398-AWI-BAM<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>(Doc. 18) |

   Currently before the Court is the request of attorney Kenneth A. Ohashi to withdraw as counsel for Defendant Radius Global Solutions, LLC. (Doc. 18.)  Although styled as a motion to withdraw, the document is effectively a notice of withdrawal.  A motion to withdraw is not required as defendant will continue to be represented by other counsel of record in this matter, including James K. Schultz and Debbie P. Kirkpatrick.  *See* Local Rule 182(d).

   Accordingly, for good cause appearing, IT IS HEREBY ORDERED that attorney Kenneth A. Ohashi is withdrawn as counsel of record for defendant in this case.  The Clerk of the Court is directed to terminate attorney Kenneth A. Ohashi as counsel for defendant in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **October 4, 2022**           /s/ *Barbara A. McAuliffe*          _
                                         UNITED STATES MAGISTRATE JUDGE