**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Dulce Tellez

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DULCE TELLEZ,**<br><br>          Plaintiff,<br><br>     v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br><br>          Defendant. | **Case No.:** 1:22-cv-00398-KES-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: APRIL 8, 2024<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: MAY 23, 2024 |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Dulce Tellez ("Plaintiff") and Defendant Radius Global Solutions, LLC ("Defendant") that:

1. On March 7, 2024 Plaintiff filed a Notice of Settlement indicating the Parties had reached a settlement in principle, and requested until April 8, 2024 to file the correct dispositional documents.
2. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because the Parties require additional time in order to finalize the terms of the settlement agreement, which are more complex than originally anticipated.
3. The Parties request that the deadline for filing for dismissal be extended from April 8, 2024, to May 23, 2024.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **THE CARDOZA LAW CORPORATION** |
| DATED: April 10, 2024 | BY: /s/ Lauren B. Veggian |
|  | Lauren B. Veggian, Esq. |
|  | Attorneys for Plaintiff |
|  | Dulce Tellez |
|  | **SESSIONS, ISRAEL & SHARTLE** |
| DATED: April 10, 2024 | BY: /s/ Kenneth . OHASHI |
|  | Kenneth A. Ohashi, Esq. |
|  | Attorney for Defendant, |
|  | Radius Global Solutions, LLC |

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

PAGE 1 OF 1

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing, the Parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than May 23, 2024. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to a violation of this order. *See* L.R. 160, 272.

IT IS SO ORDERED.

Dated: **April 10, 2024**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER