**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Dulce Tellez

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DULCE TELLEZ,**<br><br>          Plaintiff,<br><br>     v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br><br>          Defendant. | **Case No.:** 1:22-cv-00398-KES-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: MAY 23, 2024<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: JUNE 21, 2024 |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Dulce Tellez ("Plaintiff") and Defendant Radius Global Solutions, LLC ("Defendant") that:

1. On March 7, 2024 Plaintiff filed a Notice of Settlement indicating the Parties had reached a settlement in principle, and requested until April 8, 2024 to file the correct dispositional documents.

2. On April 9, 2024, the Parties filed a Joint Stipulation requesting more time to file the correct dispositional documents.

3. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because coordination of revisions among multiple parties involved in the negotiation process (including parties with an interest in the subject release who were not named as defendants in the Action) has caused unanticipated delays in the revision process. Accordingly, the Parties require additional time in order to finalize the terms of the settlement agreement, which have proven to be more complex than the Parties originally anticipated.

4. The Parties request that the deadline for filing for dismissal be extended from May 23, 2024, to June 21, 2024. This will be the final extension requested by the Parties.

**IT IS SO STIPULATED.**

DATED:  May 24, 2024

**THE CARDOZA LAW CORPORATION**

BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Attorneys for Plaintiff
Dulce Tellez

DATED: May 24, 2024

**SESSIONS, ISRAEL & SHARTLE**

BY: /s/ Kenneth . Ohashi
Kenneth A. Ohashi, Esq.
Attorney for Defendant,
Radius Global Solutions, LLC

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

Page 1 of 1

**ORDER**

Pursuant to the stipulation of the Parties, and cause appearing, the Parties shall file appropriate papers to dismiss or conclude this action in its entirety on or before June 21, 2024.  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to a violation of this order.  *See* L.R. 160, 272.

IT IS SO ORDERED.

Dated: **May 24, 2024**                   /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER