**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Dulce Tellez

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DULCE TELLEZ,**<br><br>   Plaintiff,<br><br>v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br><br>   Defendant. | **Case No.:** 1:22-cv-00398-KES-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: SEPTEMBER 6, 2024<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: OCTOBER 24, 2024 |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Dulce Tellez ("Plaintiff") and Defendant Radius Global Solutions, LLC ("Defendant") that:

1. On July 3, 2024, Plaintiff filed a Status Report in Response to Order to Show Cause indicating the Parties had finalized settlement negotiations and were waiting for Plaintiff's signature on the agreement before filing the correct dispositional documents.

2. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because Plaintiff's counsel was unable to reach Plaintiff for some time, but Plaintiff has signed the settlement agreement. Plaintiff's counsel would like to wait to file the correct dispositional documents until Defendant has paid the agreed amount.

3. The Parties request that the deadline for filing for dismissal be extended from September 9, 2024, to October 24, 2024.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **THE CARDOZA LAW CORPORATION** |
| DATED:  September 5, 2024 | BY: /s/ Lauren B. Veggian |
|  | Lauren B. Veggian, Esq. |
|  | Attorneys for Plaintiff |
|  | Dulce Tellez |
|  | **SESSIONS, ISRAEL & SHARTLE** |
| DATED: September 5, 2024 | BY: /s/ Kenneth . OHASHI |
|  | Kenneth A. Ohashi, Esq. |
|  | Attorney for Defendant, |
|  | Radius Global Solutions, LLC |

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

Page 1 of 1

**ORDER**

On July 8, 2024, the Court granted Plaintiff's previous request for extension, directing the parties to file appropriate papers to dismiss or conclude this action in its entirety on or before September 6, 2024 and noting that further extensions of time would not be granted absent a demonstrated showing of good cause. (Doc. 40.) On September 4, 2024, the parties filed the current stipulation for an extension of time to file for dismissal of the action. (Doc. 41.)

Pursuant to the parties' stipulation and good cause appearing, the parties' request to extend the time to file dispositional papers is GRANTED. The parties shall file appropriate papers to dismiss or conclude this action in its entirety on or before **October 24, 2024**. No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to a violation of this order. *See* L.R. 160 and 272.

IT IS SO ORDERED.

Dated:   **September 5, 2024**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER